1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  MICHELLE LO (NY Bar No. 4325163)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-7180
       Facsimile:  (415) 436-6748
6      Email:  Michelle.Lo@usdoj.gov

7  Attorneys for the United States of America

8

9  JOSEPH M. PLEASANT (CABN 179571)
   Reese Law Group
   3168 Lionshead Avenue
10 Carlsbad, California 92010
   Phone: (760) 842-5850; Fax: (760) 842-5865
11 Email: jpleasant@reeselawgroup.com

12 Attorney for Plaintiff
   State Farm Mutual Automobile Insurance Co.
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS. CO., | Case C 15-02157-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     It is hereby stipulated by and between Plaintiff, State Farm Mutual Automobile Insurance Company ("Plaintiff"), and Defendant, United States of America ("Defendant"), by and through their respective counsel, as follows:

STIPULATION OF DISMISSAL WITH PREJUDICE
C 15-02157-JCS

1

1. WHEREAS, Plaintiff filed the above-captioned action on May 13, 2015;

2. WHEREAS, Plaintiff and Defendant, wishing to avoid any further litigation and controversy and to settle and compromise fully any and all claims and issues that have been raised, or could have been raised in this action, entered into a Stipulation for Compromise Settlement and Release on August 5, 2015, in consideration of the mutual promises contained therein, and other good and valuable consideration, the adequacy of which was acknowledged by Plaintiff and Defendant;

3. WHEREAS, this action is not subject to Rules 23(e), 23.1(c), 23.2, or 66, and therefore may be dismissed voluntarily pursuant to the stipulation of all parties who have appeared, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and may be ordered dismissed by the Clerk without further direction of a Judge, *see* N.D. Cal. Civ. L.R. 77-2(c);

NOW, THEREFORE, it is hereby agreed, by and between Plaintiff and Defendant, by and through their undersigned counsel, that this action shall be and hereby is dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: August 7, 2015

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/ Michelle Lo
Michelle Lo
Assistant United States Attorney
Attorneys for the United States of America

DATED: August 7, 2015

REESE LAW GROUP

Joseph M. Pleasant
Attorney for Plaintiff, State Farm Mutual Automobile Ins. Co.

Dated: 9/9/15

IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION OF DISMISSAL WITH PREJUDICE
C 15-02157-JCS

2